IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| O.C., a minor, by and through her Guardian ALLISON PAPE, individually and on behalf of all similarly situated individuals, | ) ) ) ) ) |
| *Plaintiff,* | ) ) No. 3:22-cv-3105 |
| v. | ) ) Hon. Nancy J. Rosenstengel |
| YOTI (USA) INC., a California corporation, | ) ) ) ) |
| *Defendant.* | ) ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff O.C., a minor, by and through her Guardian Allison Pape, and Defendant Yoti (USA) Inc., through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), that this case is hereby dismissed without prejudice, with each Party to their own fees and costs.

Dated: February 12, 2024                                                      Respectfully submitted,

O.C., a Minor, by and through her Guardian          YOTI (USA) INC.
ALLISON PAPE

By: /s/ Timothy P. Kingsbury                                          By: /s/ Thomas M. Wolf

Timothy P. Kingsbury                                                        Thomas M. Wolf
Colin P. Buscarini                                                               Cameron T. Liljestrand
Andrew T. Heldut                                                              LEWIS BRISBOIS BISGAARD & SMITH
MCGUIRE LAW, P.C.                                                        LLP
55 W. Wacker Drive, 9th Fl.                                              550 W. Adams Street, Suite 300
Chicago, IL 60601                                                             Chicago, Illinois 60661
Tel: (312) 893-7002                                                           Tel: (312) 345-1718
tkingsbury@mcgpc.com                                                  Thomas.Wolf@lewisbrisbois.com
cbuscarini@mcgpc.com                                                  Cameron.Liljestrand@lewisbrisbois.com
aheldut@mcgpc.com

*Counsel for Defendant*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I caused a copy of the foregoing *Stipulation of Dismissal* to be filed with the Clerk of Court using the CM/ECF system, which will send copy by electronic mail to all counsel of record.

/s/ Timothy P. Kingsbury