**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ALLISON PAPE,** *as Guardian of O.C., a minor, individually,* | |
| **Plaintiff,** | |
| **v.** | **Case No. 3:22-CV-03105-NJR** |
| **YOTI (USA) INC.,** *a California Corporation,* | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the filing of the parties'

Stipulation of Dismissal (Doc. 30), this entire action is **DISMISSED without prejudice**

and the case is closed.

**DATED:   February 13, 2024**

**MONICA A. STUMP,
Clerk of Court**

**By:   s/ *Deana Brinkley***
        **Deputy Clerk**

**APPROVED:** _____
              **NANCY J. ROSENSTENGEL
              Chief U.S. District Judge**